# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

<u>LOREN HARTY JR.</u>                            MJ# <u>04-00005 LPC</u>
     Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of <u>MARCH 19, 2004</u> to represent said defendant in this cause until further order of the Court.

                  TONY ANASTAS
                  CLERK OF COURT

        By:   <u>/s/ Maria Simeone</u>
              Courtroom Deputy
              The Honorable Lawrence P. Cohen

DATE: <u>March 19, 2004</u>

(Appt Fed def.wpd - 11/98)                                                [koapptpd.]