AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA v. Loren Harty

**EXHIBIT AND WITNESS LIST**

Case Number: 04-mj-5

| PRESIDING JUDGE Cohen | PLAINTIFF'S ATTORNEY William Connolly | DEFENDANT'S ATTORNEY Miriam Conrad |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER Digital | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3\|23 | | ✓ | Officer Lisa Kudnicki |
| | ✓ | 3\|23 | A | | Criminal history |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.