AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Loren E. Harty

49 Maywood Street, Roxbury, MA

## WARRANT FOR ARREST

CASE NUMBER: 04-M00005-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——— LOREN E. HARTY
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [x] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm

in violation of Title ——— 18 ——— United States Code, Section(s) 922(g)(1)

LAWRENCE P. COHEN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

March 18, 2004
Date and Location

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/19/04 | |

This form was electronically produced by Elite Federal Forms, Inc.